# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

KAREN FUSILIER, individually, and
as next firend and natural guardian of
KRISTA FUSILIER, a minor,

    Plaintiffs,

vs.                                    CASE NO.: 3:07cv498/MCR/MD

PACIFIC CYCLE, INC., a foreign
corporation, and WAL-MART
STORES EAST, LP, a foreign
limited partnership,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement of this matter. (See doc. 24). Therefore, the above-entitled action is **DISMISSED** from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this Order of Dismissal and reinstate this case. At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 16th day of September, 2008.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**